Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–16066–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Charles H. Kennedy Jr.
27 Second Street
Hancocks Bridge, NJ 08038

Social Security No.:
xxx–xx–9241

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          May 5, 2020
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*41* – Certification in Opposition to Certification (related document:40 Creditor's Certification of Default (related document:18 Order on Motion For Relief From Stay) filed by Melissa N. Licker on behalf of Nationstar Mortgage LLC. Objection deadline is 04/13/2020. (Attachments: # 1 Proposed Order) filed by Creditor Nationstar Mortgage LLC) filed by Gary M. Salber on behalf of Charles H. Kennedy Jr.. (Attachments: # 1 Exhibit Proof of payment # 2 Certificate of Service) (Salber, Gary)

and transact such other business as may properly come before the meeting.

Dated: April 13, 2020
JAN: lgr

Jeanne Naughton
Clerk