Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Charles H. Kennedy,, | Case No. 15-16066-JNP |
|  | Hearing Date: June 2, 2020 at 10:00 a.m. |
| Debtor. | Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: May 26, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor: Charles H. Kennedy,
Case No.: 15-16066-JNP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), by Creditor's Certification of Default with respect to the property known 27 Second Street, Hancocks Bridge, NJ 08038, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the June 1, 2020 post-petition monthly payment in the amount of $908.30.
2. Debtor shall resume post-petition payments to be paid timely and in full with the June 1, 2020 payment.
3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 27 Second Street, Hancocks Bridge, NJ 08038.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: _/s/ Melissa Licker_
Melissa Licker

Date: May 22, 2020

Gary M Salber, Attorney at Law
Attorney for the Debtor

By: _/s/ Gary M. Salber_
Gary M. Salber

Date: May 22, 2020