Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Charles H. Kennedy,.<br><br><br>Debtor. | Chapter 13<br><br>Case No. 15-16066-JNP<br><br>Hearing Date: June 2, 2020 at 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

**CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: May 26, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor: Charles H. Kennedy,
Case No.: 15-16066-JNP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), by Creditor's Certification of Default with respect to the property known 27 Second Street, Hancocks Bridge, NJ 08038, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the June 1, 2020 post-petition monthly payment in the amount of $908.30.
2. Debtor shall resume post-petition payments to be paid timely and in full with the June 1, 2020 payment.
3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 27 Second Street, Hancocks Bridge, NJ 08038.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLC | Gary M Salber, Attorney at Law |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: _[signature]_ Melissa Licker | By: _[signature]_ Gary M. Salber |
| Date: May 22, 2020 | Date: May 22, 2020 |

United States Bankruptcy Court
District of New Jersey

In re:  
Charles H. Kennedy, Jr.  
     Debtor

Case No. 15-16066-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 26, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.  
db          Charles H. Kennedy, Jr.,    27 Second Street,    Hancocks Bridge, NJ   08038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor     NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor     Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Francesca Ann Arcure    on behalf of Creditor     NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Gary M. Salber    on behalf of Debtor Charles H. Kennedy, Jr. gsalberlaw@comcast.net  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Kevin Gordon McDonald    on behalf of Creditor     NATIONSTAR MORTGAGE LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Melissa N. Licker    on behalf of Creditor     Nationstar Mortgage LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
         Rebecca Ann Solarz    on behalf of Creditor     Nationstar Mortgage LLC rsolarz@kmllawgroup.com  
                                                                                                                 TOTAL: 11